EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

DAVID A. NORKIN
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: david.norkin@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00045 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 111] |
| JULIUS DION HUDSON, JR., ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally and by means and use of a dangerous weapon, that is a motor vehicle did forcibly assault, resist, oppose, impede, and interfere with Deputy United States Marshal Russell Nakasato while he was

engaged in his official duties, in violation of Title 18, United States Code, Section 111.

### COUNT 2

The Grand Jury further charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally and by means and use of a dangerous weapon, that is a motor vehicle did forcibly assault, resist, oppose, impede, and interfere Deputy United States Marshal Tanya Muna, while she was engaged in her official duties, in violation of Title 18, United States Code, Section 111.

DATED: _____JAN 2 6 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
DAVID A. NORKIN
Special Assistant U.S. Attorney

United States v. JULIUS DION HUDSON, JR.
"Indictment"
Cr. No. _____

2