EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   # 4532
Chief, Major Crimes

WES R. PORTER       # 7698
CLARE E. CONNORS    # 7936
Assistant United States Attorneys
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail:  wes.porter@usdoj.gov
         clare.connors@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2005

at 10 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00045 SOM |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| vs. | ) | [18 U.S.C. § 111] |
| JULIUS DION HUDSON, JR., | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

**COUNT 1**

The Grand Jury charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally used force in assaulting, resisting, opposing, impeding, and interfering with Deputy United States Marshal Russell Nakasato, by means and use of a dangerous weapon, that is a motor vehicle, while said

Deputy United States Marshal Russell Nakasato was engaged in his official duties, to wit: the service and execution of an arrest warrant for defendant JULIUS DION HUDSON, JR., in violation of Title 18, United States Code, Section 111.

### COUNT 2

The Grand Jury further charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally used force in assaulting, resisting, opposing, impeding, and interfering with Deputy United States Marshal Tanya Muña, by means and use of a dangerous weapon, that is a motor vehicle, while said Deputy United States Marshal Tanya Muña was engaged in her official duties, to wit: the service and execution of an arrest warrant for defendant JULIUS DION HUDSON, JR., in violation of Title 18, United States Code, Section 111.

### COUNT 3

The Grand Jury further charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally used force in assaulting, resisting, opposing, impeding, and interfering with Deputy United States Marshal Russell Nakasato while he was engaged in his official duties, to wit: the service and execution of an arrest warrant for defendant JULIUS DION HUDSON, JR., which resulted in bodily injury to said Deputy United States Marshal

Russell Nakasato, in violation of Title 18, United States Code, Section 111.

### COUNT 4

The Grand Jury further charges:

On or about January 7, 2005, in the District of Hawaii, the defendant, JULIUS DION HUDSON JR., intentionally used force in assaulting, resisting, opposing, impeding, and interfering with Deputy United States Marshal Tanya Muña while she was engaged in her official duties, to wit: the service and execution of an arrest warrant for defendant JULIUS DION HUDSON, JR., which resulted in bodily injury to said Deputy United States Marshal Tanya Muña, in violation of Title 18, United States Code, Section 111.

DATED: June 30, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

WES R. PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys

United States v. JULIUS DION HUDSON, JR.
"Superseding Indictment"
Cr. No. 05-00045 SOM