# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 05-10812     U.S. District Court Case No. CR-05-00045-RMT

Short Case Title __United States of America v. Julius Dion Hudson, Jr.__

Date Notice of Appeal Filed by Clerk of District Court ___11/10/05___

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 04 2006

at ___11___ o'clock and ___50___ min. __A__M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 01/11/05 | Ct Rptr: C6; -3:23 by Judge Kurren | MINUTES: Initial appearance |
| 01/26/05 | Ct Rptr: C7; 3:10-3:11 by Judge Kobayashi | MINUTES: A & P to the Indictment |
| 4/13/05 | Ct Rptr: C6; 2:49-2:59 by Judge Kurren (gs) | MINUTES: Motion to Withdraw as Counsel |
| 7/18/05 | Ct. Rptr: Anne Matsumoto | Jury Selection/ jury trial |

(Attach additional page for designations if necessary) SEE ATTACHMENT

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___01/02/06___   Estimated date for completion of transcript: 02/10/06 (due date set by clerk, Ninth Circuit, see order filed 12/21/05)

Print Name of Attorney __Georgia K. McMillen__   Phone Number (808) 891-9393

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript – Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____   BY: _____
(U.S. District Court Clerk)   (Date)       DEPUTY CLERK

# ATTACHMENT
## to Transcript Designation & Order Form
### USA v. Julius Dion Hudson, Jr. CR No. 05-00045-RMT;
### C.A. No. 05-10812

**SECTION A - To be completed by party ordering transcript**

| HEARING DATE (s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 7/19/05 | (Ct Rptr: LG; 9:44-11:52; 1:46-4:40) by Judge Takasugi | MINUTES: Further Jury Trial (2nd Day) |
| 7/20/05 | (Ct Rptr: DC) by Judge Takasugi (gs) | MINUTES: Jury Deliberations-12 Jurors present. |
| 11/8/05 | Ct. Rptr: Debra Chun) by Judge Takasugi (GS) | Sentencing |