# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 20__

at __9__ o'clock and __05__ min __A__ M
SUE BEITIA, CLERK

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 05-10812     U.S. District Court Case No. CR-05-00045-RMT

Short Case Title __United States of America v. Julius Dion Hudson, Jr.__

Date Notice of Appeal Filed by Clerk of District Court __11/10/05__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 01/11/05 | Ct Rptr: C6; -3:23 by Judge Kurren | MINUTES: Initial appearance |
| 01/26/05 | Ct Rptr: C7; 3:10-3:11 by Judge Kobayashi | MINUTES: A & P to the Indictment |
| 4/13/05 | Ct Rptr: C6; 2:49-2:59 by Judge Kurren (gs) | MINUTES: Motion to Withdraw as Counsel |
| 7/18/05 | Ct. Rptr: Anne Matsumoto | Jury Selection/ jury trial |

(Attach additional page for designations if necessary) SEE ATTACHMENT

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __01/02/06__   Estimated date for completion of transcript: 02/10/06 (due date set by clerk, Ninth Circuit, see order filed 12/21/05)

Print Name of Attorney __Georgia K. McMillen__     Phone Number __(808) 891-9393__

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
   (Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__235__ Approximate Number of Pages in Transcript – Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __10/11/06__ Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn   __10-11-06__   BY: _____
(U.S. District Court Clerk)   (Date)          DEPUTY CLERK

# ATTACHMENT
## to Transcript Designation & Order Form
### USA v. Julius Dion Hudson, Jr. CR No. 05-00045-RMT; C.A. No. 05-10812

**SECTION A - To be completed by party ordering transcript**

| HEARING DATE (s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 7/19/05 | (Ct Rptr: LG; 9:44-11:52; 1:46-4:40) by Judge Takasugi | MINUTES: Further Jury Trial (2nd Day) |
| 7/20/05 | (Ct Rptr: DC) by Judge Takasugi (gs) | MINUTES: Jury Deliberations-12 Jurors present. |
| 11/8/05 | Ct. Rptr: Debra Chun) by Judge Takasugi (GS) | Sentencing |