cc: leslie USA.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at __1__ o'clock and __15__ min __A__ M
SUE BEITIA, CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 20 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JULIUS DION HUDSON, JR.,<br><br>Defendant - Appellant. | No. 05-10812<br><br>D.C. No. CR-05-00045-RMT<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 20 2006

by: [signature]
Deputy Clerk

For the Court

[signature]

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\11.06\nw\05-10812v.wpd