INTERNAL USE ONLY: Proceedings include all events.
05-10812 USA v. Hudson

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Wes R. Porter, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Ste. 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| JULIUS DION HUDSON, JR.<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>FAX 808/242-4343<br>808/242-4343<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |