ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2007

at 4 o'clock and 00 min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>JULIUS DION HUDSON, JR.,<br><br>           Defendant. | Case No. CR 05-00045 RMT<br><br>ORDER GRANTING MOTION BY THE GOVERNMENT FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE<br><br>F.R.Cr.P. 35 (B) (1) (A) |

This matter having come before the court on the motion by the government for reduction of sentence for substantial assistance pursuant to F.R.Cr.P. 35 (b) (1) (A), whereby the government recommends a downward departure of two levels within the guideline range for an offense level of 25, criminal history category III, with a range of 70 to 87 months, and the court having found good cause therefor,

IT IS ORDERED that the motion by the government for reduction of sentence for substantial assistance is granted; the sentence of defendant JULIUS DION HUDSON, JR. is hereby reduced from 96 months to 70 months.

Dated: April 25, 2007

                                               ROBERT M. TAKASUGI
                                               United States District Sr. Judge