RECEIVED

2007 MAY -4 AM 8: 32

U.S. MARSHALS SERVICE
HONOLULU, HI.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 2 2007

at __ o'clock and __ min. __
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00045 RMT |
| Plaintiff, ) | ORDER GRANTING MOTION BY THE GOVERNMENT FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE |
| vs. ) | |
| JULIUS DION HUDSON, JR., ) | |
| Defendant. ) | F.R.Cr.P. 35 (B) (1) (A) |

This matter having come before the court on the motion by the government for reduction of sentence for substantial assistance pursuant to F.R.Cr.P. 35 (b) (1) (A), whereby the government recommends a downward departure of two levels within the guideline range for an offense level of 25, criminal history category III, with a range of 70 to 87 months, and the court having found good cause therefor,

IT IS ORDERED that the motion by the government for reduction of sentence for substantial assistance is granted; the sentence of defendant JULIUS DION HUDSON, JR. is hereby reduced from 96 months to 70 months.

Dated: April 25, 2007

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
Deputy

ROBERT M. TAKASUGI
United States District Sr. Judge

## Orders on Motions
1:05-cr-00045-RMT USA v. Hudson **CASE CLOSED on 11/08/2005**

U.S. District Court

District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 5/3/2007 at 5:29 PM HST and filed on 5/2/2007
**Case Name:**      USA v. Hudson
**Case Number:**    1:05-cr-45
**Filer:**
**Document Number:** 80

**Docket Text:**
ORDER granting [77] Motion by Government for Reduction of Sentence for Substantial Assistance - as to Julius Dion Hudson Jr. (1). Signed by Judge ROBERT M TAKASUGI on 5/2/07. (ecs, )

**1:05-cr-45-1 Notice has been electronically mailed to:**
Clare E. Connors clare.connors@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

**1:05-cr-45-1 Notice will not be electronically mailed to:**

David A. Norkin
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/3/2007] [FileNumber=276333-0]
[82226c1a3c97a4b03ab4461bccb99efd93e76306df48b7690b0d1ed7727e6f533c39f
27a6271b5a0a06722195855df3d25e11ea1d539dba4523019e029025b6a]]